# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EDWARD DALEN SPOTTED EAGLE,<br><br>Defendant. | CR 24-106-GF-BMM<br><br><br><br>ORDER |

The United States filed an unopposed motion pursuant to Fed. R. Crim. P. 48(a) to dismiss the indictment against defendant Edward Dalen Spotted Eagle, without prejudice. For good cause shown, IT IS ORDERED that the December 5, 2024, indictment is DISMISSED WITHOUT PREJUDICE.

It is FURTHER ORDERED that the final pretrial conference and jury trial scheduled for May 27, 2025, are vacated.

DATED this 8th day of May 2025.

_____
Brian Morris, Chief District Judge
United States District Courts